UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

    - v. -                          :     INDICTMENT

ANTHONY RANDALL,                    :     07 Cr. 857

        Defendant.              :

- - - - - - - - - - - - - - - x



## COUNT ONE

The Grand Jury charges:

1. On or about May 26, 2007, in the Southern District of New York, ANTHONY RANDALL, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, RANDALL robbed approximately $515 from the North Fork Bank located at 4201 White Plains Road in the Bronx by presenting a North Fork Bank employee with a note that demanded the employee to turn over to RANDALL money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

COUNT TWO

The Grand Jury further charges:

2. On or about June 26, 2007, in the Southern District of New York, ANTHONY RANDALL, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, RANDALL robbed approximately $585 from the North Fork Bank located at 100 West 26th Street in Manhattan by presenting a North Fork Bank employee with a note that demanded the employee to turn over to RANDALL money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

COUNT THREE

The Grand Jury further charges:

3. On or about June 27, 2007, in the Southern District of New York, ANTHONY RANDALL, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by

2

the Federal Deposit Insurance Corporation, to wit, RANDALL robbed approximately $720 from the North Fork Bank located at 4201 White Plains Road in the Bronx by presenting a North Fork Bank employee with a note that demanded the employee to turn over to RANDALL money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

COUNT FOUR

(Bank Robbery)

The Grand Jury further charges:

4. On or about June 30, 2007, in the Southern District of New York, ANTHONY RANDALL, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, RANDALL robbed approximately $2,075 from the North Fork Bank located at 19 East Mount Eden Avenue in the Bronx by presenting a North Fork Bank employee with a note that demanded the employee to turn over to RANDALL money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

COUNT FIVE

(Bank Robbery)

The Grand Jury further charges:

5. On or about July 13, 2007, in the Southern District of New York, ANTHONY RANDALL, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, ANTHONY robbed approximately $1,595 from the North Fork Bank located at 151 East Fordham Road in the Bronx by presenting a North Fork Bank employee with a note that demanded the employee to turn over to RANDALL money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

COUNT SIX

(Bank Robbery)

The Grand Jury further charges:

6. On or about July 24, 2007, in the Southern District of New York, ANTHONY RANDALL, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value

belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, ANTHONY robbed approximately $1,300 from the North Fork Bank located at 700 St. Nicholas Avenue in Manhattan by presenting a North Fork Bank employee with a note that demanded the employee to turn over to RANDALL money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANTHONY RANDALL,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 2113(a))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Thomas P. Eagan*
Foreperson.

RC
9/10/07

Indictment filed, case assigned to Judge Pauley.

F. Maas, USMJ