

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2007

**BY HAND**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Anthony Randall*
           07 Cr 857 (WHP)

Dear Judge Pauley:

    I am writing at the suggestion of your courtroom deputy to schedule a pre-trial conference in the above-referenced case. I have spoken with Mark Gombiner, Esq, counsel for the defendant, who has told me that he would be free at any time on November 19th, November 20th, or any day during the week of November 26th. The Government is available on all of those dates. In addition, the Government moves to exclude time from today's date through the date of the next pre-trial conference under the Speedy Trial Act, Title 18, United States Code, Section 3161, so that the defendant and his counsel may review discovery and determine if any motions need to be made, and so the parties can engage in plea discussions. Mr. Gombiner has consented to this motion.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Michael D. Maimin
Assistant United States Attorney
Southern District of New York
(212) 637-2238

*Application Granted. Conference Adjourned on consent to 12-7-07 at 2:00 p.m.*

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
11-16-07

cc:    Mark Gombiner, Esq.