U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 1, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-4-08

**BY HAND AND FAX**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States* v. *Anthony Randall*
              07 Cr 857 (WHP)

Dear Judge Pauley:

      I am writing at the suggestion of your courtroom deputy to re-schedule a pre-trial conference in the above-referenced case. Your Honor set a pre-trial conference for this afternoon at 2:15 pm. I recently learned that the U.S. Marshals Service was unable to transport the defendant from the Metropolitan Detention Center to the courthouse this morning due to the defendant's illness. I have spoken with Mark Gombiner, Esq, counsel for the defendant, and we are jointly requesting an adjournment of today's pre-trial conference due to the unavailability of the defendant. Your courtroom deputy suggested that we seek a date in approximately two weeks. In addition, pursuant to your previous referral of any plea to the Magistrate Judge on duty, if the parties reach a disposition before any adjourned conference date, I will inform the Court.

      In addition, the Government moves to exclude time from today's date through the date of the next pre-trial conference under the Speedy Trial Act, Title 18, United States Code, Section

The Honorable William H. Pauley
February 1, 2008
Page 2 of 2

3161, so that the defendant and his counsel may review discovery and determine if any motions need to be made, and so that the parties can engage in plea discussions. Mr. Gombiner has consented to this motion.

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

By: _____
     Michael D. Maimin
     Assistant United States Attorney
     Southern District of New York
     (212) 637-2238

cc:    Mark Gombiner, Esq. (By fax)

*Application Granted. Conference Adjourned to 2-15-08 at 2:15 p.m.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

2-4-08