UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA           :        S1 07 Cr. 857 (WHP)

        v.                         :        **WAIVER OF INDICTMENT**

ANTHONY RANDALL,                   :

        Defendant.                 :

- - - - - - - - - - - - - - - X

   The above-named defendant, who is accused of violating Title 18, United States Code, Section 2113(a), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

```
                              /s/ Anthony Randall
                              _____
                              ANTHONY RANDALL
                              Defendant

                              /s/ G. Daley
                              _____
                              Witness

                              /s/ Mark B. Gombiner
                              _____
                              MARK B. GOMBINER, ESQ.
                              Counsel for Defendant
```

Date:  New York, New York
       February 27, 2008

02202

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 27 2008
```