```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :     INFORMATION

        - v. -                  :     S1 07 Cr. 857 (WHP)

ANTHONY RANDALL,                :

            Defendant.          :

- - - - - - - - - - - - - - - - x
```

COUNT ONE

The United States Attorney charges:

1. On or about May 26, 2007, in the Southern District of New York, ANTHONY RANDALL, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, RANDALL robbed approximately $515 from the North Fork Bank located at 4201 White Plains Road in the Bronx by presenting a North Fork Bank employee with a note that demanded the employee to turn over to RANDALL money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 27 2008

<u>COUNT TWO</u>

The United States Attorney further charges:

2.  On or about June 26, 2007, in the Southern District of New York, ANTHONY RANDALL, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, RANDALL robbed approximately $585 from the North Fork Bank located at 100 West 26th Street in Manhattan by presenting a North Fork Bank employee with a note that demanded the employee to turn over to RANDALL money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

<u>COUNT THREE</u>

The United States Attorney further charges:

3.  On or about June 27, 2007, in the Southern District of New York, ANTHONY RANDALL, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by

the Federal Deposit Insurance Corporation, to wit, RANDALL robbed approximately $720 from the North Fork Bank located at 4201 White Plains Road in the Bronx by presenting a North Fork Bank employee with a note that demanded the employee to turn over to RANDALL money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

## COUNT FOUR

The United States Attorney further charges:

4. On or about June 30, 2007, in the Southern District of New York, ANTHONY RANDALL, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, RANDALL attempted to rob money from the North Fork Bank located at 19 East Mount Eden Avenue in Manhattan by presenting a North Fork Bank employee with a note that demanded the employee to turn over to RANDALL money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

## COUNT FIVE

The United States Attorney further charges:

5. On or about July 13, 2007, in the Southern District of New York, ANTHONY RANDALL, the defendant, unlawfully,

willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, RANDALL robbed approximately $1,595 from the North Fork Bank located at 151 East Fordham Road in the Bronx by presenting a North Fork Bank employee with a note that demanded the employee to turn over to RANDALL money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

COUNT SIX

The United States Attorney further charges:

6. On or about July 24, 2007, in the Southern District of New York, ANTHONY RANDALL, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, RANDALL robbed approximately $1,300 from the North Fork Bank located at 700 St. Nicholas Avenue in the Manhattan by presenting a North Fork Bank employee with a note that demanded the employee to turn over to RANDALL money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

<u>COUNT SEVEN</u>

The United States Attorney further charges:

7. On or about June 14, 2007, in the Eastern District of New York, ANTHONY RANDALL, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, RANDALL robbed approximately $1,199 from the North Fork Bank located at 856 Washington Avenue in Brooklyn by presenting a North Fork Bank employee with a note that demanded the employee to turn over to RANDALL money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANTHONY RANDALL,

Defendant.

**INFORMATION**

S1 07 Cr. 857 (WHP)

(18 U.S.C. § 2113(a))

MICHAEL J. GARCIA
United States Attorney.

2/27/08 Filed Information & Waiver of Indictment. Deft. Pres. w/atty Mark Gombiner, AUSA Michael Maimin & Courtreporter Pres. Deft. filed Consent to Proceed before Mag. Judge. Deft Pleads guilty as charge. PSI ordered. Sentence date to be set by Judge Pauley. Detention Cont'd
s/ Mag. J. Katz