# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-23-08

May 21, 2008

RECEIVED
MAY 21 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

Hon. William H. Pauley
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: **United States v. Anthony Randall**
    07 Cr. 857

Your Honor:

I am writing to request that the sentencing of Mr. Randall, presently scheduled for May 30, 2008, be adjourned for approximately three weeks. On May 30, 2008, I will be out of the office because I will be attending the national Federal Defenders Conference in New Orleans. I would like the sentencing to be adjourned for approximately three weeks because I need some more time to gather documentation on Mr. Randall's psychiatric history.

The government consents to this request for an adjournment.

Respectfully submitted,

Mark B. Gombiner
Attorney for Anthony Randall

cc: A.U.S.A. Michael Maiman

APPLICATION GRANTED. THE SENTENCING IS ADJOURNED TO JUNE 27, 2008 AT 3:00P.M.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.