# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08

June 17, 2008

Hon. William H. Pauley
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Anthony Randall**
    **07 Cr. 857**

**MEMO ENDORSED**

Your Honor:

    I am writing to request that the sentencing of Mr. Randall, presently scheduled for June 27, 2008 be adjourned for approximately one month. I am seeking the adjournment because I need more time to prepare my sentencing submission in this very serious case.

    Mr. Randall has pled guilty to seven counts of bank robbery. Each count carries a maximum term of twenty years imprisonment, resulting in a potential maximum sentence of 140 years. The Probation Office's Presentence Report concludes that Mr. Randall is a career offender and calculates that he has a sentencing guideline range of 151-188 months.

    This serious case involves complex sentencing issues. Based on my schedule and work responsibilities, I need more time to adequately prepare my sentencing submission for Mr. Randall. Because I will be on vacation the week of July 4th, I would request that the sentencing be continued to the latter part of July.

    The government consents to this request as does Mr. Randall.

Respectfully submitted,

Mark B. Gombiner

cc: A.U.S.A. Michael Maiman

APPLICATION GRANTED. THE SENTENCING IS ADJOURNED TO AUGUST 6, 2008 AT 12:00 PM
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
6-17-08